IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.

STEVEN JOHN SUMMERHAYS,

Defendant.

Case No. 6:26-cr-13-BMM-1

ORDER

---

Upon Defendant's motion to appear remotely at his arraignment scheduled for November 16, 2026, at 10:30 a.m. (Doc. 7) and with good cause shown: IT IS HEREBY ORDERED that Defendant and defense counsel may appear remotely at the arraignment scheduled for November 16, 2026, at 10:30 a.m. The Clerk of Court will email defense counsel the Zoom link.

DATED this 3rd day of November 2026.

John Johnston
United States Magistrate Judge